FILED
00 MAR 30 AM 8: [illegible]
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JERRY KEITH SANFORD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 97-PT-2414-E |
| ) | |
| WARDEN RALPH HOOKS and ) | |
| THE ATTORNEY GENERAL FOR ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

ENTERED
MAR 30 2000

## MEMORANDUM OPINION

The court has considered the entire file in this action, including the Magistrate Judge's Report and Recommendation and the objections of the petitioner, and has reached an independent conclusion that the "Magistrate Judge's Report and Recommendation" is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusion of the court. In accordance with the recommendation, this petition for a writ of habeas corpus is due to be denied and dismissed. An appropriate order will be entered.

**DONE**, this 30 day of March, 2000.

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE

17